IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 21 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WILLIAM TERRY ) | |
| ) | |
| *Petitioner* ) | |
| ) | No. 04-3020-B/P |
| v. ) | Judge Breen |
| ) | |
| DAVID MILLS, Warden ) | |
| ) | |
| *Respondent* ) | |

### ORDER

The respondent's motion for an enlargement of time in which to respond to the petitioner's application for writ of habeas corpus pursuant is currently before the Court (Docket Entry 7). For good cause shown, the respondent's motion is hereby GRANTED. The respondent shall have up to and including December 19, 2005, in which to respond to the petition.

IT IS SO ORDERED this 21st day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-22-05

⑧

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-03020 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

William Terry
WEST TENNESSEE STATE PENITENTIARY
00124893
P.O. Box 1150
Henning, TN 38041

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Honorable J. Breen
US DISTRICT COURT